POA
02-13-20

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Silvestre Felix-Beltran,<br>(A095 767 268)<br>*Defendant* | Case No. 20-9083 MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of July 20, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Silvestre Felix-Beltran, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near San Luis, Arizona, on or about January 29, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: Charles E. Bailey, Jr., P.S. for AUSA Justin Oshana

☒ Continued on the attached sheet.

*Complainant's signature*

Jose L. Collazo,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: February 14, 2020

*Judge's signature*

Eileen S. Willett,
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Jose L. Collazo, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer, with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On July 20, 2017, Silvestre Felix-Beltran was booked into the Maricopa County Jail (MCJ) by the Tempe Police Department on local charges. While incarcerated at the MCJ, Felix-Beltran was examined by ICE Officer Silva who determined him to be a citizen of Mexico, illegally present in the United States. On the same date, an immigration detainer was lodged with the MCJ. On February 13, 2020, Felix-Beltran was released from the Arizona Department of Corrections and transported to the Phoenix ICE office for further investigation and processing. Felix-Beltran was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Silvestre Felix-Beltran to be a citizen of Mexico and a previously deported criminal alien. Felix-Beltran was removed from the United States to Mexico through San Luis, Arizona, on or about January 29, 2016, pursuant to the reinstatement of an order of removal issued by an immigration judge. There is no

1

record of Felix-Beltran in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Felix-Beltran's immigration history was matched to him by electronic fingerprint comparison.

4. On February 13, 2020, Silvestre Felix-Beltran was advised of his constitutional rights. Felix-Beltran freely and willingly acknowledged his rights and declined to make further statements.

5. For these reasons, this affiant submits that there is probable cause to believe that on or about July 20, 2017, Silvestre Felix-Beltran, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near San Luis, Arizona, on or about January 29, 2016, and not having obtained the express

\\\

\\\

\\\

consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

_____
Jose L. Collazo,
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed before me
this 14th day of February, 2020.

_____
Eileen S. Willett,
United States Magistrate Judge